# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:12-cv-09189-JGB | Date | March 13, 2014 |
|---|---|---|---|

Title  *In re: Patricia Marjorie Nedrick-Gray*

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order and Judgment DISMISSING Bankruptcy Appeal without prejudice (IN CHAMBERS)

On October 19, 2012, Appellant Lorraine Dickson ("Appellant") filed a Notice of Appeal of the Bankruptcy Court's Order granting Appellee's motion for disgorgement of Appellant's attorneys' fees. (Doc. No. 2.) A Notice Regarding Appeal From Bankruptcy Court was issued on October 25, 2012. (Doc. No. 1.) The Notice stated that within *fourteen days* after filing the notice of appeal, an appellant must file: a designation of record, a statement of issues on appeal, and a notice regarding the ordering of transcripts. (Id.) It appears that Appellant has not satisfied these requirements, as the Clerk of the Bankruptcy Court has not sent a Certificate of Readiness.

On December 2, 2013, the Court issued an order to show cause by December 16, 2013, as why her appeal should not be dismissed for failure to prosecute and for failure to abide by the Court's order. As of the date of this order, Appellant has not responded to the order to show cause, nor does it appear she has filed any of the required documents.

Accordingly, the Court DISMISSES Appellant's appeal of a decision by the Bankruptcy Court without prejudice.

**IT IS SO ORDERED.**